Melvin Anthony Jr.
6336 High Cliff Lane
Fontana, California 92336
(818-917-9570)
email MARVELOUSProd@AOL.com
*In Proper Person*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Melvin Anthony Jr.,<br>Plaintiff,<br>vs.<br>**ED CV**<br><br>K. OLIVA<br>8303 Haven Ave<br>Rancho Cucamonga, California 91730<br><br>COUNTY OF SAN BERNARDINO<br>385 North Arrowhead<br>San Bernardino, California 92415<br><br>ROBERT BOYD<br>8303 Haven Ave<br>Rancho Cucamonga, California 91730<br><br>RICK SWIGART<br>8303 Haven Ave<br>Rancho Cucamonga, California 91730<br><br>jointly and severally,<br><br>Defendants, | Case No.:<br>**12 - 01369 SJO (SH)**<br><br>**COMPLAINT FOR<br>DEPRIVATION OF RIGHTS<br>UNDER 42 U.S.C. §1983, ET SEQ.;<br>COMPENSATORY DAMAGES;<br>PUNITIVE DAMAGES.**<br><br>**DEMAND FOR JURY TRIAL** |

FILED
2012 AUG 16 PM 1:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:

FEE PAID

5/21

0

|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## INTRODUCTION & OPENING STATEMENT

This is an action brought by Plaintiff for deprivation of Civil rights against Local Officers for violating Plaintiff's rights protected by the Federal Constitution, particularly under the 1st , 4th, 5th, and 14th Amendments. This case involves the unlawful search and seizure of Plaintiff, seizure and search of Plaintiff's property.

## JURISDICTION AND VENUE

- This complaint arises under 42 U.S.C. §1983 (Civil Action for Deprivation of Rights). The jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. §1331, this court also has original jurisdiction pursuant to 28 U.S.C. §1343.
- This court has Supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) as to the remaining counts arising under California state law.
- Venue is proper because all events giving rise to Plaintiffs' causes of action occurred within this district, as provided in 28 U.S.C. § 1391(b)(2).

## PARTIES

- Plaintiff, Melvin Anthony Jr. herein after (Anthony), at all times relevant herein, lived in California.
- Defendant K. OLIVA (hereinafter OLIVA) at all times relevant to this complaint was a deputy sheriff employed by the county of San Bernardino. At all relevant times he was acting in such capacity as the agent, servant, and employee of Defendant County of San Bernardino.

- OLIVA is a resident of San Bernardino County, California and is being sued individually and in her official capacity.
- Defendant County of San Bernardino, (hereinafter County SB) is a political subdivision within the State of California. At all times relevant to this complaint it either directly or indirectly trained, controlled, made policy for, employed, supervised, compensated, enriched, or rewarded all of the defendants for their actions on June 18, 2012. The County of San Bernardino is being sued as a person.
- Defendant Robert Boyd (hereinafter Boyd) at all times relevant to this complaint was a Sergeant Deputy Sheriff employed by the county of San Bernardino. At all relevant times he was acting in such a capacity as the agent, servant, and employee of Defendant County of San Bernardino. Boyd is a resident of San Bernardino County, California and is being sued individually and in his official capacity.
- Defendant Rick Swigart (hereinafter Swigart) at all times relevant to this complaint was a Sergeant Deputy Sheriff employed by the county of San Bernardino. At all relevant times he was acting in such a capacity as the agent, servant, and employee of Defendant County of San Bernardino. Swigart is a resident of San Bernardino County, California and is being sued individually and in his official capacity.

## STATEMENT OF FACTS

1.  Affidavit of Melvin Anthony Jr. is fully incorporated herein and attached hereto as **Exhibit "A"** and is summarized as follows:

2.  At approx. 8:30 AM on June 18, 2012, Anthony arrived with wife Anny V.. Anthony hereafter known as Anny at the Rancho Cucamonga courthouse on the fourth floor.

3.  Anthony recieved a call from Rodney Rouzan hereaftrer known as Rouzan saying, "Hey man get down here quick these Sheriff guys are acting crazy, I need witnesses down here because I don't know what they're gone do." Your Affiant said," we'll be right there." .

4.   Anthony and Anny went down to the third floor in the elevator and went into the Sheriff Service office where Rouzan was being held.

5.   Rouzan informed us that he was being kidnapped and the Sheriff were in the back office in a huddle.

6.   Anthony observed the deputies in a circle talking and observed them navigating through Rouzan's phone.

7.   Anthony turned on his recorder on Anthony's cell phone to take personal notes. Approximately 10 min. later Daniel Kerr, Maribeth Kerr, and Jacque Figg came in the room to observe and prepare affidavits if needed.

8.   Moments later Sheriffs SGT. ROBERT BOYD hereafter known as Boyd, Sgt. Swigart, and Deputy Sheriff  OLIVA hereafter known as OLIVA opened the door and called Rouzan." Rouzan stood up and went to the door were they shackled him without a valid warrant.

9.   Daniel Kerr asked BOYD," do you have a certified copy of your oath of office and can I have your name and badge number ?"  BOYD said," no, you can't have my oath of office my name is ROBERT BOYD."

10.  Anthony went to the counter and set Anthony's cell phone down on the counter and began to take notes on a notepad to prepare an accurate account of what was happening.  .

11.  BOYD said," are you recording me?" OLIVA came storming out of the office saying," you recording? You can't record in here!"  Anthony said," I've been recording since I got in this room." OLIVA said," put your hands behind your back."

12. OLIVA assaulted and battered Anthony grabbing Anthony's arm forcing them behind him.

13. OLIVA stole Anthony's property/cell phone and shackled, seized, and kidnapped Affiant without a valid warrant.

14. Anthony was taken thru the door into the office while BOYD and SGT. SWIGART supervised and did nothing to help protect your Affiant's rights.

15. OLIVA walked your Anthony corner behind Rouzan and unlawfully searched Anthony's person then sat Anthony in a chair and held captive without a valid warrant.

16. After a few minutes your Anthony was moved back to the front office out of sight of the other officers and Rouzan. OLIVA began to look thru and navigate thru your Anthony's phone without a valid warrant or consent.

17. Anthony asked for his personal property the cell phone back. OLIVA refused.

18. Anthony was held for over an hour then let go and given back all Anthony property except cell phone. OLIVA escorted Anthony out the office.

19. Anthony's phone and its contents remain unreturned to him.

20. At all times herein mentioned, Defendant Deputy Sheriff's had no warrant for arrest of Anthony, nor warrant for the search and seizure of Anthony's cell phone nor its contents.

21. At all times herein mentioned Defendants were not engaged in serving or carrying out any criminal process nor did they have lawful reason to engage Anthony.

22. Defendant Sheriff Deputy K. OLIVA using force stole Anthony's phone, shackled, assaulted, battered, kidnapped and falsely imprisoned Anthony without a warrant or his consent.

23. As a proximate and direct result of the actions of defendants herein, Anthony's rights were knowingly and blatantly violated in direct violation of clearly established Federal law.

24. At all times herein, the defendants were acting under "color of state law".

25. All of the Defendants, at all times related herein, acted wantonly, recklessly, willfully and maliciously, and "in concert", showing a deliberate indifference towards Anthony's rights as protected, secured and guaranteed by the Constitution, with the direct intent and sole purpose of allowing Anthony to be injured, humiliated, vexed, oppressed, and thereby caused mental anguish. As a direct and/ or proximate result of Defendants actions, Anthony is seeking an additional $5,000 per day for additional punitive damages for being denied access to his cell phone.

26. Defendant, County of San Bernardino, as a policy or custom, neglected to properly train, supervise, control, correct the abuse of authority, and discourage the unlawful use of authority of the Defendants, BOYD, OLIVA, and SWIGART. The failure to train Defendants, OLIVA, BOYD, and SWIGART included the failure to instruct them in applicable California statues and law dealing with search and seizure of a person or property without a warrant.

27. All allegations set forth in paragraphs 1-26 are incorporated by reference.

28. The herein described actions engaged in under color of state authority by the Defendants, including Defendant County of San Bernardino, being sued as a person, responsible because of its authorization, condonation, and ratification thereof for the acts of its sheriff deputies, agents, and servants, deprived Anthony of rights secured to him by the Constitution of the United States, including but not limited to, his first amendment right to record sheriff deputies in the public discharge of their duties, his fourth amendment right to be free from unlawful seizure of his person, property and possessions, and his fourteenth amendment right to due process of law.

### a.   COUNT 1

### b.   (42 U.S.C. § 1983; U.S. Const> amend IV)

29. Anthony repeats and re- alleges the allegation contained in paragraphs 1 through 26 above and incorporates the same as if set forth in full.

30. Defendant Oliva stole Anthony's phone.

31. Defendants BOYD and SWIGART observed the theft of Anthony's phone and failed to act to prevent the theft.

32. As a further direct result of the conduct of Defendants as set forth in this count, Anthony has suffered emotional distress including but not limited to frustration, embarrassment , loss and of self worth  and humiliation in the public and community of  $100,000.00

33. WHEREFORE  Plaintiff prays for Punitive and General Damages against Defendants OLIVA, BOYD and SWIGART jointly and severally.

### a.   COUNT II

### b.  (42 U.S.C. § 1983 U.S. Const. amend I)

34. Anthony repeats and re- alleges the allegations contained in paragraphs 1 through

   26 above and incorporates the same as if set forth in full.

35. Defendants OLIVA and BOYD deprived Anthony of his right to record sheriff

   activity when OLIVA stole his phone.  Defendants SWIGART and BOYD

   observed and allowed it.

36. WHEREFORE Plaintiff prays for Punitive and General Damages against

   Defendants OLIVA, BOYD and SWIGART jointly and severally.

### a.  COUNT III

### b.  (42.U.S.C. § 1983; U.S. Const. amend IV)

37. Anthony repeats and re-alleges the allegations contained in paragraphs 1 through

   26 above and incorporates the same as if set forth in full.

38. Defendants seized/kidnapped Anthony.

39. WHEREFORE Plaintiff prays for Punitive and General Damages against the

   Defendants jointly and severally.

### a.  COUNT IV

### 40. (42 U.S.C. § 1983; U.S. Const. amend. IV)

41. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through
   26 above and incorporates the same as if set forth in full.
42. Defendants search of Anthony's phone was without a warrant.
43. WHEREFORE Plaintiff prays for Punitive and General Damages against the
   Defendants jointly and severally.

### 44. COUNT V
### 45. (Trespass to Chattels)

46. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through
   26 above and incorporates the same as if set forth in full.

47. Defendant Oliva deprived Anthony of his possession and use of his phone, thus Defendant Oliva is liable for the Trespass.

48. WHEREFORE Plaintiff prays for Punitive and General Damages against Defendant OLIVA for Tortious Trespass to chattels.

### 49. **COUNT VI**
### 50. (Invasion of Privacy)

51. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 24 above and incorporates the same as if set forth in full.

52. Defendants invaded upon a private place of Anthony's when they searched the contents of Anthony's phone. The Defendants' actions are malicious, injurious and unreasonable as they can not view the contents of Anthony's phone without a warrant, thus violating Anthony's rights and expectations to be secure in his property.

   a. WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally, for Tortious Invasion of privacy.

### 53. **COUNT VII**
### 54. (Assault)

55. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 26 above and incorporates the same as if set forth in full.

56. Defendants OLIVA, intended to physically attack Anthony and did, thus constituting an assault. While BOYD observed and did nothing to stop the clear violation of Anthony's rights.

   a. WHEREFORE Plaintiff prays for Punitive and General Damages against Defendants OLIVA and BOYD jointly and severally, for Tortious Assault.

### 57. **COUNT VIII**
### 58. (Negligence)

59. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 26 above and incorporates the same as if set forth in full.

60. Defendants have a legal duty to prevent and refrain from conduct that violates Plaintiff's Constitutionally protected rights and clearly established law regarding how public servants conduct themselves with respect to those they serve.

   a. WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally, for these Tortious Acts and Negligence.

### 61. COUNT IV
### 62. (Battery)

63. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 38 above and incorporates the same as if set forth in full.
64. Defendant Oliva battered Anthony by intentionally feeling his upper and lower body with his hands against Anthony's will.
65. WHEREFORE Plaintiff prays for Punitive and General Damages against Defendants OLIVA and BOYD jointly and severally, for Tortious Battery.

### 66. COUNT X
### 67. (False Imprisonment)

68. Plaintiffs' repeat and re-allege the allegations contained in paragraphs 1 through 38 above and incorporates the same as if set forth in full.
69. Defendants unlawfully restrained, shackled and immobilized Anthony holding him captive against his wishes and without his consent.
70. WHEREFORE Plaintiffs pray for Punitive and General Damages against the Defendants jointly and severally, for Tortious False Imprisonment.

### 71. COUNT XI
### 72. (Intentional Infliction of Emotional Distress)

73. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 32 above and incorporates the same as if set forth in full.
74. Defendants' conduct was grossly unreasonable and as a direct and proximate result of their actions Anthony has sustained mental suffering and extreme embarrassment.
75. WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally, for Tortious Intentional Infliction of Mental Distress.

**WHEREFORE**, Anthony demands judgment against the defendants, jointly and severally, as follows prays for relief against Defendants, and each of them, as follows:

**A. as compensatory damages, the sum of $5,000,000.00 Five Million US Dollars**
**B. as punitive damages, the sum of $5,000,000.00 Five Million US Dollars**
- **all cost and disbursements of this action**
- **all attorney's fees incurred in prosecuting this action pursuant to 42 U.S.C. 1988**

**E. the right to amend this complaint as warranted by further evidence and fact finding**
**F. and other such further relief as to the Court deems proper**

**DEMAND FOR JURY TRIAL**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**
DATED this _16_ day of _August_ , 2012.


_____
Original Signature

Melvin Anthony Jr.
6336 High Cliff Lane
Fontana, California 92336
(818-917-9570)


*In Proper Person*


# EXHIBIT "A"

# AFFIDAVIT OF EVENTS

# State of California
## Secretary of State

| **APOSTILLE** | |
|---|---|
| (Convention de La Haye du 5 octobre 1961) | |
| **1. Country:**<br>Pays / País: | United States of America |

| **This public document**<br>Le présent acte public / El presente documento público | |
|---|---|
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | *Teresa Mares* |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *Deputy Assessor/Recorder/County Clerk* |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *County of San Bernardino, State of California* |

| **Certified**<br>Attesté / Certificado | | | |
|---|---|---|---|
| **5. at**<br>à / en | Los Angeles, California | **6. the**<br>le / el día | *10th day of July 2012* |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. N°**<br>sous n°<br>bajo el número | 28551 | | |
| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | (seal) | **10. Signature:**<br>Signature:<br>Firma: | *Debra Bowen* |

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.

---

Cette apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en / au États-Unis d'Amérique, ses territoires où possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.

---

Esta apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.



Sec/State Form NP-40 LA (11/2011)

## STATE OF CALIFORNIA
### County of San Bernardino

I, *DENNIS DRAEGER*, County Clerk in and for the County of San Bernardino, State of the State of California, hereby certify:

That, LaShawn Juneau whose name appears on the attached affidavit, proof or acknowledgment, was on July 9th[th], 2012, an active Notary Public in and for the County of San Bernardino, State of California.

That the seal affixed thereto is the seal of said notary; that the signature thereon appears to be the signature of LaShawn Juneau.

In Witness Whereof, I execute this certificate and affix the seal of said County Clerk this 10th day of July, 2012.

Dennis Draeger, Assessor-Recorder-Clerk

BY: Teresa Mares
Deputy County Clerk

Melvin Anthony Jr.
6336 HIGH CLIFF LN
FONTANA, CA 92336

AFFIDAVIT OF STATUS OF **Melvin Anthony Jr**

STATE OF CALIFORNIA ) 
                                 ) *ss*

COUNTY OF SAN BERNARDINO )

Comes now, **Melvin Anthony Jr.**, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that **he** has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of **his** knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and **born** in one of the several States.
2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.
3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.
4. Your Affiant at all times claims all and waives none of **his** God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.
5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".
6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People,

# AFFIDAVIT OF MELVIN ANTHONY JR.

STATE OF CALIFORNIA      )
                          ) ss

COUNTY OF SAN BERNARDINO )

Comes now, Melvin Anthony Jr., your Affiant being competent to testify in being over the age of 21 years of age, after first being duly sworn according to law tell the truth to the facts related herein states that he has first-hand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. On June 18, 2012 at approximately 8:30 AM your Affiant and wife Anny V. Anthony arrived at Rancho Cucamonga Courthouse located at 8303 N. Haven Ave., Rancho Cucamonga, CA 91730 fourth floor.

2. While at courthouse visiting, your Affiant received a call from Rodney Rouzan hereafter known as Rouzan saying, "Hey man get down here quick these Sheriff guys acting crazy, I need witnesses down here because I don't know what they're gone do." Your Affiant said," we'll be right there."

3. Your Affiant and Anny went down to the 3rd floor in the elevator and went into the Sheriff services office where Rouzan was being held. Rouzan informed us that he was being kidnapped and the Sheriff were in the back office in a huddle trying to figure out what to do.

4. Your Affiant stood up and observed the deputies in a circle talking and observed them navigating through Rouzan's phone.

5. Your Affiant turned on his recorder on Affiant's cell phone to take personal notes. Approximately 10 min. later Danny Kerr, Maribeth Kerr, and Jackie Figg came in the room to observe and prepare affidavits if needed.

6. Moments later Sheriffs Sgt. Robert Boyd hereinafter known as Boyd, Sgt. Rick Swigart, and Deputy Sheriff K. Oliva hereinafter known as Oliva opened the door and called Rouzan." Rouzan stood up and went to the door were they shackled him without a valid warrant.

7. Danny Kerr asked Boyd," do you have a certified copy of your oath of office and can I have your name and badge number ?" Sgt. Robert Boyd said," no, you can't have my oath of office my name is Robert Boyd."

8. Your Affiant went to the counter and set Affiant's cell phone down on the counter and began to take notes on a notepad to prepare an accurate account of what was happening.

9. Boyd said," are you recording me?" Oliva came storming out of the office saying," you recording? You cant record in here!" Your Affiant said," I've been recording since I got in this room." Oliva said," put your hands behind her back."

10. OLIVA assaulted and battered Anthony grabbing Anthony's arm forcing them behind him.

11. Oliva stole your Affiants property/cell phone and shackled, seized, and kidnapped your Affiant without a valid warrant.

12. Your Affiant was taken thru the door into the office while Sgt. Rick Swigart and Boyd supervised and did nothing to protect your Affiants rights.

13. Oliva walked your Affiant to a corner behind Rouzan and unlawfully searched your Affiant's person then sat in a chair and held captive without a valid warrant. After a few minutes your Affiant was moved back to the front office out of sight the other Sheriffs and Rouzan.

14. Your Affiant was ordered to sit in a chair while still shackled. Oliva began to look thru and navigate your Affiant's phone without your Affiants consent.

15. Your Affiant asked for Affiant's personal property the cell phone back. Oliva refused.

16. Your Affiant was held for over an hour then let go and given back all Affiants property except cell phone. Oliva escorted your Affiant out the office.

17. To date your Affiant's cell phone/personal property has not been returned.

Further, Affiant sayeth naught.

_____          8/16/12
**Melvin Anthony Jr.**                              Date

State of California
County of San Bernardino

Subscribed and sworn to (of affirmed) before me on this 16 Day of August , 2012
By **Melvin Anthony Jr.**, proved to me on the basis of satisfactory evidence to be the person who appeared before me

_____          (Seal)
Notary Public

LASHAWN JUNEAU
COMM. #1909667
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires Oct. 21, 2014

# EXHIBIT "B"

# AFFIDAVIT OF EVENTS

# AFFIDAVIT OF MELVIN ANTHONY JR.

STATE OF CALIFORNIA )
                                 ) ss
COUNTY OF SAN BERNARDINO )

Comes now, Melvin Anthony Jr., your Affiant being competent to testify in being over
the age of 21 years of age, after first being duly sworn according to law tell the truth to
the facts related herein states that he has first-hand knowledge of the facts stated herein
and believes these facts to be true to the best of his knowledge.

1. On June 18, 2012 at approximately 8:30 AM your Affiant and wife Anny V. Anthony
arrived at Rancho Cucamonga Courthouse located at 8303 N. Haven Ave., Rancho
Cucamonga, CA 91730 fourth floor.

2. While at courthouse visiting, your Affiant received a call from Rodney Rouzan
hereafter known as Rouzan saying, "Hey man get down here quick these Sheriff guys
acting crazy, I need witnesses down here because I don't know what they're gone do."
Your Affiant said," we'll be right there."

3. Your Affiant and Anny went down to the 3rd floor in the elevator and went into the
Sheriff services office where Rouzan was being held. Rouzan informed us that he was
being kidnapped and the Sheriff were in the back office in a huddle trying to figure out
what to do.

4. Your Affiant stood up and observed the deputies in a circle talking and observed them
navigating through Rouzan's phone.

5. Your Affiant turned on his recorder on Affiant's cell phone to take personal notes.
Approximately 10 min. later Danny Kerr, Maribeth Kerr, and Jackie Figg came in the
room to observe and prepare affidavits if needed.

6. Moments later Sheriffs Sgt. Robert Boyd hereinafter known as Boyd, Sgt. Rick
Swigart, and Deputy Sheriff K. Oliva hereinafter known as Oliva opened the door and
called Rouzan." Rouzan stood up and went to the door were they shackled him without a
valid warrant.

7. Danny Kerr asked Boyd," do you have a certified copy of your oath of office and can I
have your name and badge number ?" Sgt. Robert Boyd said," no, you can't have my oath
of office my name is Robert Boyd."

8. Your Affiant went to the counter and set Affiant's cell phone down on the counter and
began to take notes on a notepad to prepare an accurate account of what was happening.

9. Boyd said," are you recording me?" Oliva came storming out of the office saying," you recording? You cant record in here!" Your Affiant said," I've been recording since I got in this room." Oliva said," put your hands behind her back."

10. OLIVA assaulted and battered Anthony grabbing Anthony's arm forcing them behind him.

11. Oliva stole your Affiants property/cell phone and shackled, seized, and kidnapped your Affiant without a valid warrant.

12. Your Affiant was taken thru the door into the office while Sgt. Rick Swigart and Boyd supervised and did nothing to protect your Affiants rights.

13. Oliva walked your Affiant to a corner behind Rouzan and unlawfully searched your Affiant's person then sat in a chair and held captive without a valid warrant. After a few minutes your Affiant was moved back to the front office out of sight the other Sheriffs and Rouzan.

14. Your Affiant was ordered to sit in a chair while still shackled. Oliva began to look thru and navigate your Affiant's phone without your Affiants consent.

15. Your Affiant asked for Affiant's personal property the cell phone back. Oliva refused.

16. Your Affiant was held for over an hour then let go and given back all Affiants property except cell phone. Oliva escorted your Affiant out the office.

17. To date your Affiant's cell phone/personal property has not been returned.

Further, Affiant sayeth naught.

**Melvin Anthony Jr.**

8/16/12
Date

State of California
County of San Bernardino

Subscribed and sworn to (of affirmed) before me on this l6 Day of August , 2012
By **Melvin Anthony Jr.**, proved to me on the basis of satisfactory evidence to be the person who appeared before me

_____(Seal)
Notary Public

LASHAWN JUNEAU
COMM. #1909667
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires Oct. 21, 2014

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Melvin Anthony Jr.

**DEFENDANTS**

K. OLIVA, COUNTY OF SAN BERNARDINO, ROBERT BOYD, RICK SWIGART

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   SAN BERNARDINO
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Melvin Anthony Jr., 6336 High Cliff Lane, Fontana, CA 92336
818-917-9570

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 790 Other Labor Litigation | | Act |
| | Med. Malpractice | | ☐ 791 Empl. Ret. Inc. | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - | | |
| | Other | ☐ 560 Civil Detainee - | Alien Detainee | | |
| | ☐ 448 Education | Conditions of | (Prisoner Petition) | | |
| | | Confinement | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     *(specify)*

☐ 6 Multidistrict
     Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
United States Code Title 42 Section 1983

Brief description of cause:
Violations of the 1st, 4th, 5th, and 14th amendments

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

ED CV 12 01369 SJO (SH)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE   AUG 1 6 2012   MAG. JUDGE _____

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                          ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                          ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                          ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 8/16/12

    **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| Melvin Anthony Jr. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. ED CV 12 - 01369 SJO - SH |
| K. OLIVA, COUNTY OF SAN BERNARDINO ROBERT BOYD, RICK SWIGART | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   K. OLIVA,
SAN BERNARDINO,
ROBERT BOYD
RICK SWIGART

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Melvin Anthony Jr.
6336 High Cliff LN
Fontana, CA 92336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

*CLERK OF COURT*

Date:  AUG 1 6 2012

*Signature of Clerk or Deputy Clerk*

(1134)