1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MELVIN ANTHONY, JR., | ) ED CV 12-1369-FMO (SH) |
| | ) |
| | ) ORDER ACCEPTING FINAL |
| | ) REPORT AND |
| Plaintiff, | ) RECOMMENDATION OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| v. | ) |
| | ) |
| K. OLIVA, et al., | ) |
| | ) |
| Defendants. | ) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation.

    IT IS HEREBY ORDERED that the Final Report and Recommendation is accepted.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and Defendants.

DATED: May 20, 2013

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE