JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MELVIN ANTHONY, JR., | ) EDCV 12-1369-FMO (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| K. OLIVA, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without leave to amend.

DATED: May 20, 2013

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE